PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID PAUL HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01651-TLN-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 1 DAY FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 1 day to respond to Plaintiff's motion for summary judgment. This is the second continuance sought by Defendant. The current due date is February 21, 2017. The new due date will be February 22, 2017.

    Defendant is requesting additional time up to and including February 22, 2017, to fully review the record and research the six issues presented by Plaintiff's 52-page motion for summary judgment, as Defendant's counsel continues to recover from and address her workload after her extended leave. This request is made in good faith with no intention to unduly delay the proceedings.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Date: February 21, 2017        LAW OFFICE B. MARIE RIZZO

                                        *s/ Barbara M. Rizzo by C.Chen\**
                                        (As authorized by e-mail on 2/21/2017)
                                        BARBARA M. RIZZO
                                        Attorneys for Plaintiff

Date: February 21, 2017        PHILLIP A. TALBERT
                                        United States Attorney

                                        By *s/ Carolyn B. Chen*
                                        CAROLYN B. CHEN
                                        Special Assistant U. S. Attorney

                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.  DEFENDANT'S MOTION (DOC. 21) IS DEEMED TIMELY.

Dated:  March 1, 2017

                                                     CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE